## RUSSELL v. WILSON & Co.

1. **Injunction:** DISSOLUTION ON BILL AND ANSWER. Where the answer fully and directly denies the essential facts alleged in the bill on which an injunction is granted, the injunction may be dissolved thereon.

2. —— But in such case it is error to dismiss the petition as, if sustained by evidence, the complainant would be entitled to an injunction on final decree.

*Appeal from Kossuth District Court.*

WEDNESDAY, OCTOBER 22.

SUIT in equity to enjoin the collection of a judgment in favor of these defendants against this plaintiff on the ground that the plaintiff in the judgment agreed in parol with the defendant before the judgment was rendered, that if the defendant then would pay certain other judgments against him and interpose no defense to that action, he should have a stay of execution for one year without bond; the defendant then paid the other judgments, withdrew his defense and judgment was rendered against him, and the plaintiff therein had issued execution at once, contrary to the said agreement. A temporary injunction was allowed. The defendants by answer under oath deny any such agreement, directly and positively. On motion the injunction was dissolved and the petition dismissed. The plaintiff appeals.

*George E. Clark* for the appellant.

*Charles Birge* for the appellees.

COLE, J. — I. The answer plainly, fully and directly denies the essential facts alleged in the petition and upon which the right to the injunction was grounded. In such case it is not error to dissolve the injunction. *Shricker* v. *Field et al.*, 9 Iowa, 366; *Anderson et ux.* v. *Reed, et al.*, 11 id. 177; *Walters* v. *Fredericks*, id. 181; *Stevens et ux.* v. *Myers et al.*, id. 183; *Taylor* v. *Dickinson*, 15 id. 483.

II. Inasmuch as the plaintiff by his petition made a case for injunction, and if sustained by evidence, would be entitled on final decree to the injunction as asked, it was error to dismiss his petition. *Walters* v. *Fredericks*, 11 Iowa, 181; *Massie* v. *Mann*, 17 *id.* 131. The answer made an issue and the plaintiff had the right to have that issue fairly tried in the manner provided by law. For the error in dismissing the action the judgment is

Reversed.